## MINOUS B. ALLEN ET AL. v. MUTUAL LIFE INSURANCE COMPANY.

(Filed 7 April, 1937.)

**Appeal and Error § 38—**

> Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed, without becoming a precedent.

APPEAL by defendant from *Sinclair, J.,* at September Term, 1936, of PITT.

Civil action to reinstate and make effective policy of life insurance and to recover on total and permanent disability clause contained therein.

From verdict and judgment for plaintiffs, the defendant appeals, assigning errors.

*S. J. Everett for plaintiffs, appellees.*
*Frederick L. Allen and Gilliam & Bond for defendant, appellant.*

PER CURIAM. One member of the Court, *Schenck, J.,* being absent, and the remaining four being equally divided in opinion as to whether reversible error has been shown, particularly on the refusal to nonsuit, the judgment of the Superior Court, accordant with the usual practice in such cases, is affirmed and stands as the decision in this case, without becoming a precedent. *Jackson v. Trust Co., ante,* 733; *Brown v. Assurance Society,* 210 N. C., 825; *S. v. Swan,* 209 N. C., 836, 183 S. E., 285; *Sessoms v. R. R.,* 208 N. C., 844, 182 S. E., 112; *Beam v. Pub. Co., ibid.,* 837, 181 S. E., 326; *Trust Co. v. Hood, Comr.,* 207 N. C., 862, 177 S. E., 16; *Nebel v. Nebel,* 201 N. C., 840, 161 S. E., 223.

Affirmed.